UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-07629 RGK (JCx) | Date | March 30, 2012 |
| Title | *RUBIN V. JASON LOPEZ'S PLANET EARTH LANDSCAPE, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order to Show Cause re: Petitioner's Motion for Civil Contempt

    On November 14, 2011, the Court issued a Temporary Injunction against Respondent Jason Lopez's Planet Earth Landscaping, Inc. By way of this Order to Show Cause, Respondent is hereby given the opportunity to respond in writing by submitting any affidavits controverting the affidavits filed by Petitioner in its Motion for Civil Contempt. Any affidavits Respondent wishes the Court to consider shall be filed no later than **April 13, 2012**. Should Respondent fail to respond, the Court will consider all facts in Petitioner's uncontroverted affidavits as true.

    **IT IS SO ORDERED.**

                                                                                                 :

Initials of Preparer   slw